No. 883.   GOOCH *v*. UNITED STATES.   April 13, 1936.
Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. W. F. Rampendahl* for petitioner.   No appearance for the United States.

No. 885.   LYNCH *v*. UNITED STATES.   April 13, 1936.
Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. John J. McCreary* for petitioner.   No appearance for the United States.

No. 888.   RHOADS *v*. KURTZ.   April 13, 1936.   Petition for writ of certiorari to the Circuit Court of Apepals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Jacob N. Halper* for petitioner.   No appearance for respondent.

No. 800.   ARON ET AL. *v*. PENNSYLVANIA R. Co.
April 13, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.
*Mr. John A. Kelly* for petitioners.   *Mr. Livingston Platt* for respondent.

No. 809.   SUMMERALL *v*. UNITED FRUIT Co.   April 13, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Simone N. Gazan* for petitioner.   *Messrs. Roscoe H. Hupper* and *G. Hunter Merritt* for respondent.